County Court, Miles, J.—attempted sodomy, first degree.) Present—Dillon, P. J., Callahan, Green, Balio and Lawton, JJ.

In the Matter of ANTHONY DOE, Petitioner, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Determination unanimously confirmed and petition dismissed. Memorandum: The misbehavior report, prepared by a correctional officer who was a witness to the incident in question, constitutes substantial evidence that petitioner violated institutional rules prohibiting fighting and disobeying an order of facility personnel *(see, People ex rel. Vega v Smith,* 66 NY2d 130). Matters of credibility are for the Hearing Officer to resolve *(see, Matter of Perez v Wilmot,* 67 NY2d 615; *Matter of Curl v Kelly,* 125 AD2d 948). (Appeal from article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Dillon, P. J., Callahan, Green, Balio and Lawton, JJ.

MICHELLE WINJE, Appellant, v CAVALRY VETERANS OF SYRACUSE, INC., Respondent.—Order unanimously affirmed without costs for reasons stated in the decision at Supreme Court, Onondaga County, Lowery, J. (Appeal from order of Supreme Court, Onondaga County, Lowery, J.—discovery.) Present—Dillon, P. J., Callahan, Green, Balio and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. BRICKNER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, McCarthy, J.—felony driving while intoxicated.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GARNER, Also Known as WADE GARNER, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Forma, J.—assault, second degree.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GARNER, Also Known as WADE GARNER, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Forma, J.—attempted assault, second degree.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.